**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2112**

LAVERN R. CRUMP,

              Plaintiff - Appellant,

        v.

MONTGOMERY COUNTY EDUCATION ASSOCIATION (MCEA); MARYLAND
STATE EDUCATION ASSOCIATION (MSEA),

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:14-
cv-00229-PWG)

Submitted:  January 22, 2015          Decided:  January 26, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lavern R. Crump, Appellant Pro Se.  Jeffrey Elliot Rockman,
SEROTTE, ROCKMAN & WESCOTT, PA, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lavern R. Crump appeals the district court's order dismissing her civil action asserting wrongful termination and breach of the duty of fair representation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Crump v. Montgomery Cnty. Educ. Association, No. 8:14-cv-00229-PWG (D. Md. Sept. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED